IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 05-00062-01-CR-W-FJG |
| PEGGY J. SNODGRASS, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On February 23, 2005, this court ordered on its own motion that defendant Peggy Snodgrass undergo a competency evaluation. Defendant was examined by John H. Wisner, M.D., Clinical Associate Professor of Psychiatry at the University of Kansas Medical Center. Dr. Wisner submitted a report on his evaluation of defendant's mental competency, finding defendant presently competent to continue with the judicial proceedings in this case.

On July 19, 2005, I held a competency hearing. Defendant was present, represented by retained counsel Lisa Nouri. The government was represented by Assistant United States Attorney Linda Marshall. The parties stipulated to the contents and findings of the report as the only evidence of whether the defendant is competent to continue with the proceedings to revoke supervised release and to assist in her defense. The parties waived the 10-day objection period to this report and recommendation.

Based upon the uncontroverted evidence stipulated to by the parties in this case, I find that the defendant is competent to continue with the proceedings and to assist in her defense. Therefore, it is

RECOMMENDED that the court, after making an independent review of the record and

applicable law, enter an order finding defendant competent to continue with the proceedings and to assist in her defense.

/s/Robert E. Larsen

ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
July 19, 2005