# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-0062-01-CR-W-FJG |
| ) | |
| Peggy Jo Snodgrass, ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is the issue of defendant's competency. On July 19, 2005, Magistrate Judge Robert E. Larsen held a hearing regarding defendant's competency at which time the parties stipulated to a report prepared by John H. Wisner, M.D., Clinical Associate Professor of Psychiatry at the University of Kansas Medical Center. That report concluded that defendant is not presently suffering from a mental disease or defect rendering her incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her.

Magistrate Judge Larsen issued a report and recommendation (Doc. #12), filed July 19, 2005, finding that defendant is competent to continue with the proceedings and to assist in her defense. No objections to Magistrate Larsen's report and recommendation were filed.

The Court, after independent review of the record and applicable law, finds that defendant is not currently suffering from a mental disease or defect which would prevent her from understanding the nature and consequences of the proceedings against her or assisting in her own defense.

IT IS SO ORDERED.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J. Gaitan, Jr.
United States District Judge

Dated: August 23, 2005
Kansas City, Missouri0